## CHAPTER 13 PLAN (Individual Adjustment of Debts)
1st amended plan

DEBTOR: **RAFAEL MONTE DE OCA**     JOINT DEBTOR: **MIRLEYDIS VIERA**     CASE NO.: 14-31234
Last Four Digits of SS# XXX-XX-1226   Last Four Digits of SS# XXX-XX-1228

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.   $ 150.00 for months  1  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00+$775.00 (Motion to value)    TOTAL PAID $1,500.00
            Balance Due $ 2,925.00  payable $ 117.00/month (Months  1  to  25 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____     Arrearage on Petition Date  $_____
Address:_____          Arrears Payment  $_____/month (Months _____ to _____)
                                        Regular Payment  $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing Account No.18887026 | 501 East 38th Street Hialeah, FL 33013 Value:$211,898 Miami Dade County Property Appraiser Office. | 0.00 % | $ 0.00 | 0 To 0 | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____ Total Due $_____ Payable _____/month (Months____ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 18.00 /month (Months  1  to  25 ) and $ 135.00/month (Months  26  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay her 1st mortgage Green Tree Servicing LLC, (Account No.XXX-3551) on the homestead property located at 501 Ease38th Street, Hialeah, FL 33013 outside of the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____         Joint Debtor _____
Date: 12/11/14                          Date: 12/11/14

LF-31 (rev. 06/02/08)