UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
RAFAEL MONTE DE OCA                                    Case No.: 14-31234-RAM
AKA RAFAEL MONTE DE OCA PEREZ              Chapter 13
MIRLEYDIS VIERA
AKA MIRLEYDIS VIERA CATALA
AKA MIRLEYDIS C VIERA

    Debtor.
_____/

OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN

COMES NOW Creditor, The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-BC4 by Green Tree Servicing LLC ("Secured Creditor"), by and through its undersigned legal counsel, and files this written objection to confirmation of Debtor's Proposed Chapter 13 Plan, pursuant to Bankruptcy Rule 3015(f), and as grounds therefor states:

1. Creditor is a secured creditor holding a secured claim against the Debtor's property, 501 E 38 St, Hialeah, FL 33013, in the approximate amount of $611,182.55. The amount of the claim as of the date of filing is more fully set forth in the Creditor's Proof of Claim.

2. The Plan fails to include the pre-petition arrearage amount. The actual secured pre-petition arrearage at the time of filing of the Petition is $1,419.50 as more fully detailed on the Creditor's Proof of Claim.

3. Creditor understands that the Stay will be lifted at confirmation and the Debtor is on notice that a pre-petition arrearage exists.

4.       The Chapter 13 Plan does not comply with 11 U.S.C. 1325 and 11 U.S.C. 1322 as the Plan fails to cure the pre-petition default and is not accepted by the Secured creditor.

WHEREFORE, Creditor requests that this Honorable Court decline confirmation of any Plan which does not accurately reflect the arrearage of Secured Creditor as set forth herein and in the Proof of Claim.

DATED this 12th day of March, 2015.

Respectfully submitted,

S/ Evan S. Singer

_____

Evan S. Singer
Fla. Bar ID: 101406
Timothy D. Padgett, P.A.
6267 Old Water Oak Road
Suite 203
Tallahassee, Florida 32312
(850) 422-2520 (telephone)
(850) 422-2567 (fax)
ess@padgettlaw.net

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 12th day of March, 2015, a true and correct copy of the foregoing was served by U.S. Mail, First Class, and/or electronic transmission to:

Debtor
Rafael Monte de Oca
501 E 38th Street
Hialeah, FL 33013-2724

Mirleydis Viera
501 E 38th Street
Hialeah, FL 33013-2724

Attorney for Debtors
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

            /s/ Evan S. Singer, Esq.
            Evan S. Singer, Esq.