**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISIONS**

In Re:                                                                  Case No. 14-31234-RAM

RAFAEL MONTE DE OCA                                 Chapter 13
AKA  RAFAEL MONTE DE OCA PEREZ
AND MIRLEYDIS VIERA
AKA  MIRLEYDIS VIERA CATALA
AKA  MIRLEYDIS C VIERA,

          Debtors.
_____/

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Bank of America Mortgage and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Wanda D. Murray
ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of

claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

    c.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. ' 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: January 13, 2016                      ALDRIDGE PITE, LLP

                                            /s/ *Wanda D. Murray*
                                            Wanda D. Murray (FBN 566381)
                                            WMurray@aldridgepite.com
                                            Fifteen Piedmont Center
                                            3575 Piedmont Road, N.E., Suite 500
                                            Atlanta, GA 30305
                                            Phone: (404) 994-7400
                                            Fax: (888) 873-6147

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing REQUEST FOR SERVICE OF COPIES was served on January 13, 2016.  Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Rafael Monte de Oca and Mirleydis Viera
501 E 38th Street
Hialeah, FL 33013-2724


Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
305.687.8008
Fax : 305.512.9701
court@bankruptcyclinic.com


Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13herkert.com


U.S. Trustee
51 Southwest First Avenue, Room 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov


I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2016                      /s/ Marcella M. Keller
                                             MARCELLA M. KELLER